**AO 450 (Rev. 5/85) Judgment in a Civil Case**

# United States District Court
## District of Vermont

| | |
|---|---|
| James Christopher Bassett,<br><br>                    Plaintiff,<br><br>       v.<br><br>Commissioner of Social Security,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 1:15-CV-30 |

☐ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Memorandum and Order (Document No. 9) filed December 2, 2015, Plaintiff's Motion for Order Reversing Commissioner's Decision (Document No. 6) is DENIED and Defendant's Motion for Order Affirming the Commissioner's Decision (Document No. 7) is GRANTED. The decision of the Commissioner is HEREBY AFFIRMED.

Date: December 2, 2015

JEFFREY S. EATON
Clerk

/s/Elizabeth S. Britt
(By) Deputy Clerk

JUDGMENT ENTERED ON THE DOCKET
DATE: 12/2/2015